**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **GREGORY RODGERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.   CIV-11-972-R |
| ) | |
| **MICHAEL J. ASTRUE, COMMISSIONER** ) | |
| **OF THE SOCIAL SECURITY** ) | |
| **ADMINISTRATION** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff filed this action for judicial review following denial of his application for disability insurance benefits and supplemental security income benefits by the Commissioner. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On August 28, 2012, Judge Erwin issued a Report and Recommendation, wherein he recommended the decision be reversed and the matter remanded to the Commissioner for additional proceedings. The record reflects that the Commissioner has not objected to the Report and Recommendation within the time limits prescribed, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted in its entirety and the decision of the Commissioner is vacated and remanded for additional consideration. Judgment shall be entered accordingly.

IT IS SO ENTERED this 18th day of September, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE